# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**
### NO. 02-11-00282-CV



RONALD JONES AND LUREA HORNBUCKLE
        APPELLANTS

V.

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY AND BANK OF AMERICA NATIONAL ASSOCIATION AND R. DWAYNE DANNER, KELLY ORLANDO AND ROBERT MOWERY
        APPELLEES

----------

FROM THE 153RD DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered the "Partial Motion To Dismiss Of Defendants Massachusetts Mutual Life Insurance Company, Bank of America, N.A., and R. Dwayne Danner" in which they ask us to dismiss the appeal of Lurea Hornbuckle

---

[1]*See* Tex. R. App. P. 47.4.

because she was not a party to the final judgment.  Hornbuckle filed a response, but it did not show grounds for continuing her appeal.  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal of appellant Lurea Hornbuckle.  *See* Tex. R. App. P. 42.1(a)(2)(A), 43.2(f).  This case shall hereafter be styled "Ronald Jones v. Massachusetts Mutual Life Insurance Company; Bank of America, N.A.; R. Dwayne Danner; Kelly Orlando; and Robert Mowery."

Lurea Hornbuckle shall pay her costs of the appeal, for which let execution issue.  *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  WALKER, MCCOY, and MEIER, JJ.

DELIVERED:  June 7, 2012